# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 3, 2017

152035 & (86)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

CITY OF HUNTINGTON WOODS and CITY
OF PLEASANT RIDGE,
      Plaintiffs/
      Counter-Defendants-Appellants,

v

SC: 152035
COA: 321414
Oakland CC: 2013-135842-CZ

CITY OF OAK PARK,
      Defendant/
      Counter-Plaintiff-Appellee,

and

45TH DISTRICT COURT,
      Defendant-Appellee.

_____/

On order of the Court, the motion to expand the record is GRANTED. In light of the expanded record, on the Court's own motion, we VACATE that part of this Court's November 2, 2016 order granting leave to appeal. In addition, we VACATE the June 11, 2015 judgment of the Court of Appeals and the April 3, 2014 order of the Oakland Circuit Court, and we REMAND this case to the Oakland Circuit Court for reconsideration in light of the expanded record.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 3, 2017



Clerk

t0503p